

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

February 4, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Adlife Marketing & Communications Company, Inc. v. Ampere Media LLC (1:19-cv-3732-PKC)*

Dear Judge Castel,

We represent Plaintiff, Adlife Marketing & Communications Company, Inc., in the above in-captioned case. Defendant has yet to retain new counsel in this action. We respectfully request leave to file a default against Defendant within the next 30 days. In addition, we respectfully request that the status conference scheduled for February 6, 2020 be adjourned.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff*



The conference has been adjourned to February 21, 2020 at 10:45 for a further request for adjournment. DENIED. SO ORDERED. [signature] USDJ 2-5-20

Liebowitz Law Firm, PLLC