**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADLIFE MARKETING &
COMMUNICATIONS COMPANY, INC.,

                Plaintiff,

                                                      19 **CIVIL** 3732 (PKC)

       -against-                                **DEFAULT JUDGMENT**

JUNE MEDIA INC.,

               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated March 22, 2021, Plaintiff's motion for entry of default judgment is granted; Plaintiff is awarded $18,000 in damages, plus $765 in attorneys' fees and $440 in expenses; judgment is entered for the Plaintiff and the case is closed.

**DATED**: New York, New York
              March 23, 2021

                                                  **RUBY J. KRAJICK**
                                                   _____
                                                  **Clerk of Court**
                                             **BY:**_____
                                                   **Deputy Clerk**